**Howard W. TAPP, Appellant,**

v.

**CITY OF COLUMBIA, Respondent.**

**No. WD 39764.**

Missouri Court of Appeals,
Western District.

April 26, 1988.

Marvin Tofle of Tofle & Oxenhandler, Columbia, for appellant.

Daniel K. Atwill and Susan Ford Robertson of Knight, Ford, Wright, Atwill, Parshall & Baker, Columbia, for respondent.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM:

Direct appeal from a final award for workers' compensation.

Judgment affirmed. Rule 84.16(b).